# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　Plaintiff,<br><br>v.<br><br>Kip Mickail Lessard,<br><br>　　Defendant. | No. CR-17-01533-PHX-DGC<br><br>**ORDER** |

Defendant has filed a motion for early termination of his supervised release (Doc. 40) and the government has filed a response in opposition (Doc. 44). Defendant has filed no reply. The Court commends Defendant for the progress he has made in his life and supervision thus far, but believes he should serve half of his supervised release term before early termination is considered. Defendant may re-file his motion after he has successfully completed 18 months of supervised release. Defendant's current motion (Doc. 40) is denied.

Dated this 22nd day of September, 2022.

*David G. Campbell*
David G. Campbell
Senior United States District Judge